MAY 18, 1987

No. 86–781. KANSAS GAS & ELECTRIC CO. *v.* STATE CORPORATION COMMISSION OF KANSAS ET AL. Sup. Ct. Kan. [Probable jurisdiction noted, 479 U. S. 1082.] Because there is no longer a live controversy concerning Question 1 presented by the jurisdictional statement, and because Question 2 does not present a substantial federal question, the appeal is dismissed. The portions of this Court's orders of February 23, 1987, consolidating Nos. 86–781 and 86–793 for argument are vacated. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 86–1366. DUQUESNE LIGHT CO. ET AL. *v.* STATE TAX DEPARTMENT OF WEST VIRGINIA ET AL. Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 86–1510. TYRAKOWSKI *v.* TYRAKOWSKI. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction.

No. 86–1518. STANDARD MANUFACTURING CO., INC. *v.* TAX COMMISSION OF THE STATE OF NEW YORK ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 86–1524. MCGOVERN *v.* NEW JERSEY. Appeal from Super. Ct. N. J., App. Div., dismissed for want of substantial federal question.

No. 86–1522. TEMPLEMAN *v.* PRESBYTERY OF NORTHERN NEW ENGLAND. Appeal from Sup. Ct. N. H. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1669. BRANSON *v.* NORTHINGTON ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.